Assly Sayyar
ADAMS LAW GROUP, LTD.
8330 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Tel: 702-838-7200
Fax: 702-838-3636
assly@adamslawnevada.com
Nevada Bar No. 9178

Jeffrey S. Lowenstein
Ross A. Williams
BELL NUNNALLY & MARTIN LLP
3232 McKinney Ave., Suite 1400
Dallas, Texas  75204-2429
Tel:  214-740-1400
Fax:  214-740-1499
jeffl@bellnunnally.com
rossw@bellnunnally.com
Texas Bar No. 24007574
Texas Bar No. 24066296

ASSOCIATE COUNSEL

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| CADLES OF GRASSY MEADOWS II, L.L.C., as successor-in-interest to Judgment Creditor RESOLUTION TRUST CORPORATION AS RECEIVER OF FIRST SAVINGS OF ARKANSAS, F.A., | § § § § § § | |
| Applicant, | § § | CASE NO. 2:11-cv-00475 |
| v. | § § | |
| TEXAS ROADRUNNER, LLC, Respondent, | § § § | |
| v. | § § | |
| DEAN H. MADDOX, | § § § | |
| Judgment Debtor. | § | |

**APPLICATION FOR CHARGING ORDER - Page 1**

**JUDGMENT CREDITOR CADLES OF GRASSY MEADOWS II, L.L.C., AS SUCCESSOR-IN-INTEREST TO JUDGMENT CREDITOR RESOLUTION TRUST CORPORATION AS RECEIVER OF FIRST SAVINGS OF ARKANSAS, F.A.'S APPLICATION FOR CHARGING ORDER**

Applicant **CADLES OF GRASSY MEADOWS II, L.L.C.** ("Cadles"), as successor-in-interest to Judgment Creditor Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A. in the judgment registered in this Court on November 10, 2010, under Case No. 2:10-ms-00112-NA (subsequently changed to Case No. 2:11-cv-00475), respectfully requests that the Court grant this Application for Charging Order (this "Application") against the membership interest of Judgment Debtor Dean H. Maddox, individually, in Respondent Texas Roadrunner, LLC, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 64, FEDERAL RULE OF CIVIL PROCEDURE 69, and NEVADA REVISED STATUTES SECTION 86.401, and Cadles shows the Court the following:

## JURISDICTION AND PARTIES

1.      This Court has Jurisdiction over this matter because the judgment against Maddox was registered in this Court, giving it the same force and effect as a judgment of this Court.  28 U.S.C. § 1963 (2006).

2.      Cadles is a West Virginia limited liability company with its principal place of business in Ohio.

3.      Texas Roadrunner, LLC ("Texas Roadrunner") is a Nevada Limited Liability Company with its principal place of business in Nevada, and may be served with process through its registered agent, Incorp Services, Inc., at 2360 Corporate Circle, Suite 400, Henderson, Nevada 89074-7722, pursuant to Federal Rule of Civil Procedure 4(h)(1)(B).

4.      Judgment Debtor Dean H. Maddox ("Maddox") may be served with notice at 615 Peden Street, Houston, Texas 77006, pursuant to Federal Rule of Civil Procedure 4(e)(1).

## SUPPORTING DOCUMENTS

5.     This Application is supported by the Affidavit of Nick Davies (the "Davies Affidavit"), attached as **Exhibit A** and fully incorporated herein by reference, as well as the other Exhibits attached hereto.

## OPERATIVE FACTS

6.     Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A. ("RTC"), recovered a judgment (the "Judgment") against Defendants Texas Moline, Ltd. and Dean H. Maddox, jointly and severally, in Cause No. H-92-1692, in the United States District Court for the Southern District of Texas, Houston Division, and the Judgment was duly registered in this Court on November 10, 2010.[1]  The Judgment awarded RTC the principal sum of $2,945,218.00, plus pre-judgment interest at eight percent (8%) from April 2, 1991 to the date of judgment, for a per diem accrual of $645.53 on the $2,945,218.00 sum, plus reasonable attorneys fees of $4,000.00, plus additional fees in the event of appeal, plus judgment for all costs of Court, plus post-judgment interest on all sums at the rate of 3.38% per annum from the date of judgment until paid.[2]  As of April 25, 2011, the total amount of principal due on the Judgment, with interest compounded annually pursuant to 28 UNITED STATES CODE SECTION 1961(b) (2006), is $6,211,858.30, plus accrued interest as of that date in the amount of $91,242.62, for a total of $6,303,100.92 , with interest accruing at 3.38% per annum.[3]

7.     In June 1995, RTC assigned the Judgment to JDC Finance Company ("JDC").[4] JDC assigned the Judgment to Value Recovery Group, Inc. ("VRG"),[5]  VRG assigned the

---

[1] A certified copy of the registered Judgment is attached as **Exhibit B**, and incorporated by reference.
[2] *See* **Exhibit B**.
[3] *See* **Exhibit A** at ¶ 8; the amount owed under the Judgment will change pending payment on a related garnishment matter filed with the Court under this cause number on July 16, 2010, at document number 47.
[4] A true and correct copy of the RTC's Assignment of Judgment to JDC is attached as **Exhibit A-1**, and incorporated by reference.
[5] True and correct copies of the Assignment and Bill of Sale and Power of Attorney to VRG are attached as **Exhibit A-2** and **Exhibit A-3**, respectively, and incorporated by reference.

**APPLICATION FOR CHARGING ORDER - Page 3**

Judgment to The Cadle Company ("Cadle"),[6] and Cadle assigned the Judgment to Cadles,[7] the current owner and holder of the Judgment.[8]  The Judgment remains in all things final, valid, subsisting and unsatisfied.[9]

8.      Texas Roadrunner is a Nevada limited liability company engaged in carrying on business for profit, with its principal place of business in Nevada.[10]  Because Maddox and/or his d/b/a, The Maddox Interests, have a membership interest in Texas Roadrunner,[11] there are sums that are or will become due from Texas Roadrunner to Maddox.  Texas Roadrunner should pay those sums directly to Cadles in order to pay the unsatisfied amount of the Judgment against Maddox.

9.      After a diligent search, Cadles has not discovered assets of Maddox subject to execution sufficient to satisfy the Judgment.[12]  Cadles is therefore entitled, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 64 and NEVADA REVISED STATUTES SECTION 86.401, to have Maddox's interest in Texas Roadrunner charged as set out above.

## PRAYER

WHEREFORE, Cadles of Grassy Meadows II, L.L.C. requests that the Court grant this application and enter an order:

1.      requiring Maddox to immediately produce copies of all agreements concerning his interest related to Texas Roadrunner, including a report of the amounts now due or that may become due and distributable to Maddox by virtue of his membership interest in Texas Roadrunner and copies of all regulations and articles of organization of Texas Roadrunner;

2.      charging the interest of Maddox and/or his d/b/a, The Maddox Interests, in Texas Roadrunner in the manner set forth in this Application, in the amount of the

---

[6] A true and correct copy of the assignment to Cadle is attached as **Exhibit A-4**, and incorporated by reference.
[7] A true and correct copy of the assignment to Cadles is attached as **Exhibit A-5**, and incorporated by reference.
[8] *See* **Exhibit A** at ¶ 6.
[9] *See id.* at ¶ 8.
[10] Certified copies of the Articles of Organization and Annual List are attached as **Exhibit C** and incorporated by reference.
[11] *See* **Exhibits A-6**.
[12] *See* **Exhibit A** at ¶ 9.

**APPLICATION FOR CHARGING ORDER - Page 4**

unsatisfied Judgment attached as **Exhibit B**, together with interest, costs and attorneys' fees as may be allowed;

3.  requiring Texas Roadrunner to distribute all membership distributions, profits, cash, assets and other monies due or that shall become due to Maddox and/or his d/b/a, The Maddox Interests, directly to Cadles until the unsatisfied Judgment attached as **Exhibit B**, together with interest, costs and attorneys' fees as may be allowed, have been fully paid;

4.  that Texas Roadrunner shall not distribute to any other person or entity any membership distributions, profits, cash, assets, or other monies due or that shall become due to Maddox and/or his d/b/a, The Maddox Interests;

5.  charging all costs and attorneys' fees incurred by Cadles in drafting this Application and obtaining said order against Maddox; and

6.  granting Cadles all other relief to which Cadles may be justly entitled.

Respectfully submitted,

IT IS SO ORDERED.

**ADAMS LAW GROUP, LTD.**

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

By:   /s/ Assly Sayyar_____
        Assly Sayyar, attorney-in-charge
        Nevada Bar No. 9178

Dated:  June 28, 2011.

8681 W. Sahara Ave., Suite 280
Las Vegas, Nevada 89117
Tel: 702-838-7200
Fax: 702-838-3636
assly@adamslawnevada.com

**ATTORNEYS FOR PLAINTIFF
CADLES OF GRASSY MEADOWS II, L.L.C.**

**BELL NUNNALLY & MARTIN LLP**

By:   /s/ Jeffrey S. Lowenstein
      Jeffrey S. Lowenstein, associate counsel
      Texas Bar No. 24007574
      Ross A. Williams, associate counsel
      Texas Bar No. 24066296

      3232 McKinney Ave,. Suite 1400
      Dallas, Texas 75204-2429
      Tel: 214-740-1400
      Fax 214-740-1499
      jeffl@bellnunnally.com
      rossw@bellnunnally.com

**ASSOCIATE COUNSEL FOR PLAINTIFF
CADLES OF GRASSY MEADOWS II, L.L.C.**

## CERTIFICATE OF INTERESTED PARTIES

There are no known interested parties other than those participating in this Application.

      /s/ Assly Sayyar
      Assly Sayyar

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on the 1st day of June, 2011, as follows:

**VIA CMRRR #7160 3901 9849 2439 5033**
Timothy J. Henderson
Attorney at Law
6300 West Loop South, Suite 280
Bellaire, Texas 77401

**VIA CMRRR #7160 3901 9849 2439 2216**
Texas Roadrunner, LLC
c/o its registered agent, Incorp Services, Inc.
2360 Corporate Circle, Suite 400
Henderson, Nevada 89074-7722

**VIA CMRRR #7160 3901 9849 2439 5057**
Steven D. Grossman
Sheiness, Scott, Grossman & Cohn LLP
1001 McKinney, Suite 1400
Houston, Texas 77002

**VIA CMRRR #7160 3901 9849 2439 5064**
Michael Mushkin
Mushkin & Associates
4475 S. Pecos Rd.
Las Vegas, Nevada 89121

      /s/ Ross A. Williams
      Ross A. Williams

771856_1.DOC/ 8.830

## AFFIDAVIT OF NICK DAVIES

STATE OF OHIO          §
§
COUNTY OF TRUMBULL     §

    **BEFORE ME**, the undersigned authority, on this day personally appeared the undersigned affiant, who, being by me duly sworn, states on oath that:

    1.    "My name is Nick Davies.  I am of sound mind and am competent to testify to the matters contained in this Affidavit.  I am over the age of 21 years and have never been convicted of a felony or of any crime of moral turpitude.  Every statement made in this affidavit is made on my personal knowledge and is true and correct.

    2.    "I am an Account Officer for Cadles of Grassy Meadows II, L.L.C. ("Cadles").

    3.    "On June 1, 1995, Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A. ("RTC") assigned all of its right, title and interest in the judgment in Cause No. H-92-1692, *Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A. v. Texas Moline, Ltd. and Dean H. Maddox, jointly and severally*, entered in the United States District Court for the Southern District of Texas, Houston Division, on November 19, 1993 (the "Judgment"), to JDC Finance Company ("JDC").   A true and correct copy of the RTC's Assignment of Judgment to JDC Finance Company is attached hereto as **Exhibit A-1**.

    4.    "On September 8, 1998, JDC assigned all of its right, title and interest in the Judgment to Value Recovery Group, Inc. ("VRG").  True and correct copies of the Assignment and Bill of Sale and Power of Attorney executed by JDC are attached hereto as **Exhibits A-2 and A-3**, respectively.

    5.    "On July 26, 2001, VRG assigned all of its right, title and interest in the Judgment to The Cadle Company ("Cadle").   A true, correct, and certified copy of the Corrected Assignment of Judgment executed by VRG is attached hereto as **Exhibit A-4**.

EXHIBIT
tabbies *A*

6.      "On August 4, 2008, Cadle assigned all of its right, title and interest in the Judgment to Cadles.   A true, correct, and certified copy of the Assignment of Judgment executed by Cadle is attached hereto as **Exhibit A-5**.  Cadles is the current owner and holder of the Judgment.

7.      "The Judgment was awarded against Texas Moline, Ltd. and Dean H. Maddox, jointly and severally, as follows: in the principal sum of $2,945,218.00; plus pre-judgment interest at eight percent (8%) from April 2, 1991, to the date of judgment for a per diem accrual of $645.53 on the $2,945,218.00 sum; plus reasonable attorneys fees of $4,000.00; plus additional fees in the event of appeal; plus all costs of Court; plus post-judgment interest on all sums at the rate of 3.38% per annum from the date of judgment until paid.

8.      "The Judgment is final, valid, subsisting and unsatisfied.  As of April 25, 2011, the total amount of principal due on the Judgment, with interest compounded annually pursuant to 28 UNITED STATES CODE SECTION 1961(b) (2006), is $6,211,858.30, plus accrued interest as of that date in the amount of $91,242.62, for a total of $6,303,100.92, with interest accruing at 3.38% per annum.  Cadles is the owner and holder of the Judgment.

9.      "After a diligent search, Cadles has not discovered assets of Maddox subject to execution sufficient to satisfy the Judgment.

10.      "A true and correct copy of excerpts from the Oral Deposition of Dean H. Maddox, which was taken on February 10, 2011, is attached as **Exhibit A-6**.  Those excerpts reflect that the Maddox Interests is a d/b/a of Dean H. Maddox, individually, and that Dean H. Maddox and/or his d/b/a, "The Maddox Interests," holds an interest in Texas Roadrunner, LLC."

**FURTHER AFFIANT SAYETH NAUGHT.**

_Nick Davies_

Nick Davies

SUBSCRIBED AND SWORN TO BEFORE ME on this the $5$ day of

_May_ 2011, to certify which hand and official seal.

_Amanda Reed_

Notary Public in and for the State of Ohio

771905_1.DOC/ 8.830

Amanda Reed
Resident Mahoning County
Notary Public, State of Ohio
My Commission Expires: 09/28/2014

## ASSIGNMENT OF JUDGMENT

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL PERSONS BY THESE PRESENTS: |
| COUNTY OF DALLAS | § | |

     FOR VALUABLE CONSIDERATIONS, in hand paid, the receipt and adequacy of which are hereby acknowledged, Resolution Trust Corporation, as Receiver for First Savings of Arkansas, F.A. ("Assignor"), hereby sells, transfers, assigns and sets over to JDC Finance Company I, L.P. ("Assignee") all of Assignor's right, title and interest in and to the following Judgment, as described hereinbelow:

     That certain Final Judgment signed November 16, 1993, in Civil Action No. H-92-1692 styled, "Resolution Trust Corporation As Receiver of *First Savings of Arkansas, F.A.*, Plaintiff, v. Texas Moline, Ltd. and Dean H. Maddox, jointly and severally, Defendants" then pending in the United States District Court for the Southern District of Texas, Houston Division, for the sum of $2,945,218.00, plus pre-judgment interest as specified therein, attorney's fees and post-judgment interest at the rate of 3.38% per year. A copy of such Judgment is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes;

     IN WITNESS WHEREOF, the Assignor has caused this Assignment to be executed at ~~Dallas~~ Cook County, ~~Texas~~ Ill. this _____/_____ day of ___June___ 1995, but effective as of the _17_ day of _MARCH_ 199 _S_.

                  RESOLUTION TRUST CORPORATION, in its capacity as receiver for First Savings of Arkansas, F.A.

                  By: _____

                  Name: _____
                        ROY J. LOLLAR JR.
                        Attorney-In-Fact

**ASSIGNMENT OF JUDGMENT - Page 1**

EXHIBIT
A-1

STATE OF ~~MISSOURI~~ _ILLINOIS_        §

COUNTY OF ~~JACKSON~~ _COOK_        §        §

This instrument was acknowledged before me on the _2nd_ day of
_June_____, 1995, by _Roy J. Lollar Jr_____ as attorney-
in-fact of Resolution Trust Corporation, in its capacity as Receiver for First Savings of
Arkansas, F.A., for the consideration therein expressed.

SUBSCRIBED AND SWORN TO before me on the _2nd_ day of
_June_____, 1995.


_Diane A. Wedow_
Notary Public in and for the State of Texas

SDG\TRAN\167245.1

```
"OFFICIAL SEAL"
DIANE A. WEDOW
Notary Public, State of Illinois
My Commission Expires 8 / 25 / 96
```

**ASSIGNMENT OF JUDGMENT** - Page 2

# ASSIGNMENT AND BILL OF SALE

Pursuant to that certain Asset Purchase and Sale Agreement, dated as of September 8, 1998, made and entered into by and between JDC FINANCE COMPANY II, L.P. ("JDC"), a Delaware limited partnership, and VALUE RECOVERY GROUP, INC. ("VRG") which provides for the transfer to VRG, all of JDC's rights, title and interest, if any, in and to "the assets listed on Exhibit A attached hereto" (the "Assets") and VRG hereby agrees to accept the Assets from JDC.

JDC executed a Power of Attorney on September 8, 1998, providing VRG with the authority to execute an Assignment and Bill of Sale to transfer the Assets.

NOW THEREFORE KNOW ALL MEN BY THESE PRESENTS, that JDC, for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, and intending to be legally bound, has bargained and sold, and by these presents, does hereby grant, bargain, sell, convey, transfer, assign, and deliver to VRG, its successors and permitted assigns, each of the Assets, "as is", without representation or warranty as to ownership, title, collectability, or any other matter.

TO HAVE AND TO HOLD the Assets unto VRG, its successors and permitted assigns, to and for its and their own proper use and benefit forever.

VRG shall have the right to collect or receive any monies due under the Assets, and any part thereof, or to release or discharge said Assets. VRG, by accepting this Assignment and Bill of Sale, does hereby hold JDC harmless from all costs incurred in the collection of the Assets.

This Assignment and Bill of Sale shall be governed by and construed in accordance with the laws of the State of Ohio, without giving effect to principles thereof relating to conflicts of law.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment and Bill of Sale or has caused this Assignment and Bill of Sale to be executed on its behalf, as of _8th_ _September_ , 1998.

JDC FINANCE COMPANY II, L.P.

By:   Value Recovery Group, Inc.
      Attorney-in-Fact

BY: _____
      Barry H. Fromm, President

EXHIBIT

A-2

STATE OF _OHIO_ §
                                          § ss.
COUNTY OF _FRANKLIN_ §

     The undersigned, a Notary Public in and for the above-said County and State, does hereby acknowledge that _Barry H. Fromm_, as _Attorney·in·Fact_ of JDC FINANCE COMPANY II, L.P., personally appeared before me this day, and being by me duly sworn, says that s/he, being informed of the contents, voluntarily executed the foregoing instrument for and on behalf of such entity.

     WITNESS my hand and official seal, this _8th_ day of _September_, 1998.

Notary Public for the State of _Ohio_
My Commission Expires: _9|8|99_

MERRICK L. TATE
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires Sept. 8, 1999

R:\JCD\DATA\JCDNSTR.DBF
Printed: 02/08/95 07:29

JCD SYSTEM UNASSIGNED WITH FILES
KANSAS CITY OFFICE

FIN NO: 7370

| FINREA | TYPE | FILE | ACCTNO | ASSETNAME | BALANCE | BOXNO |
|--------|------|------|--------|-----------|---------|-------|
| 45-699 | D | Y | 9450004 | HADDOX, DEAN H | 2,945,218.00 | N |
| 45-699 | D | Y | 9450020 | NEARY MICHAEL L | 982,500.00 | N |
| 45-699 | D | Y | 9450021 | WILSON CHARLES J | 982,500.00 | N |
| 46-699 | J | Y | 9460025 | BOLDEN, JAMES L | 3,592.07 | N |
| 46-699 | J | Y | 9460160 | JERIMIAH'S RESTAURANT, INC. | 1,155,262.08 | N |
| 46-699 | J | Y | 9460087 | NEWLAND, JOHN R | 20,436.86 | N |

FIN 7370 TOTAL:   6,089,509.01

POOL 8

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned, JDC Finance Company II, L.P., a Delaware limited partnership ("**Seller**"), hereby constitutes and appoints Value Recovery Group, Inc. ("**Buyer**"), its true and lawful attorney and agent, with power and authority to do the following with respect to those certain judgments, deficiencies, charge-offs and small-balance assets (the "**Assets**") described in Exhibit "A" attached to that certain Asset Purchase and Sale Agreement, dated as of September 8, 1998, between Seller, as seller, and Buyer, as buyer:

(i)     Execute any and all documents and instruments necessary to transfer, convey and deliver to Buyer all the Seller's right, title, interest and possession of the Assets and the Asset Documents, and all of Seller's interest in any property, whether real or personal, securing the Assets;

(ii)     Endorse Seller's name on checks, drafts, money orders or other evidence of payment made by any obligors or any other persons on any of the Assets and received by Seller or Buyer after the date hereof;

(iii)     Endorse and sign Seller's name on assignments, continuation statements and other documents to be filed or recorded as public records with respect to the Assets;

(iv)     Enforce, to the extent of its interest in the Assets, the provisions of any insurance policy that names Seller as insured, loss payee or lienholder;

Seller hereby ratifies and confirms all that Buyer as such attorney and agent shall do or cause to be done within the lawful scope hereof; provided, however, that such ratification and confirmation of the power granted to Buyer herein shall not create any obligation or impose any liability on Seller.

By acceptance hereof Buyer agrees to indemnify and hold harmless Seller, its officers, directors, agents, employees and representatives from and against any and all liabilities, claims, expenses, damages or losses, including without limitation reasonable fees of legal counsel, and related disbursements incurred by Seller and arising out of any actions by Buyer in the name of Seller.  Upon notice and request by Seller, Buyer agrees to defend Seller or cause Seller to be defended in any legal action, suit, or proceeding arising out of any actions by Buyer in the name of Seller.

This Power of Attorney is coupled with an interest and may not be revoked unless Buyer exceeds the scope of the authority granted hereunder in the name of Seller and is non-transferable and non-assignable by Buyer.

**EXHIBIT**

A-3

IN WITNESS WHEREOF, the undersigned has executed this Power of Attorney as of the 8th day of September, 1998.

SELLER:

**JDC FINANCE COMPANY II, L.P.,**
a Delaware limited partnership

By:   Prentiss/FMRC Joint Venture II, a Texas
      general partnership, its General Partner

      By:   Prentiss Properties JDC, Inc., a
            Delaware corporation, its General
            Partner

            By: _Bruce Nosek_____
            Name: _Bruce Nosek_____
            Title: _Designated Representative_

R:\12101\19\SALE\JDC2\POA-JDC2.WPD
CGC      9/7/98

2

| PPLNO | Name | Receivership | Covered Book Value | PPLNO | Name | Receivership | Covered Book Value |
|---|---|---|---|---|---|---|---|
| 23043 | HART, LLOYD | MIDWEST FEDERAL SAVINGS BANK | 43,003.00 | 23366 | HART, W. | MIDWEST FEDERAL SAVINGS BANK | 7,597.00 |
| 23367 | HAWKINS, SARAH | MADISON GUARANTY SSL | 2,423.00 | 23368 | HANGEW HOUSE | MINNEAPOLIS CORPORATE | 7,036.00 |
| 23369 | HAYS, WILLIAM J. (C/O PC) | CROSS ROADS SSL ASSN, P.A. | 11,346.00 | 23370 | HEATH, W. | MINNEAPOLIS CORPORATE | 6,632.00 |
| 23371 | HEATHCOCK, C. | MIDWEST FEDERAL SAVINGS BANK | 2,704.00 | 23372 | HENDERSON, BARBARA | COMMUNITY FEDERAL SSL ASSN | 5,796.00 |
| 23373 | HENDRICKSON, V. | MIDWEST FEDERAL SAVINGS BANK | 3,561.00 | 23374 | HENDRIX, TROY | MIDWEST FEDERAL SAVINGS BANK | 8,140.00 |
| 23375 | HENSON, JOEY | MIDWEST FEDERAL SAVINGS BANK | 3,130.00 | 23376 | HILL, REBEKAH | MIDWEST FEDERAL SAVINGS BANK | 540.00 |
| 23377 | HODGES, FORREST H. | COMMUNITY SAVINGS AND LOAN | 4,343.00 | 23378 | HOLLEY, JOE & JUDY | PEOPLES FED SVGS ASSOC | 7,000.00 |
| 23379 | HORGA, RONALD | MIDWEST FEDERAL SAVINGS BANK | 481.00 | 23380 | HORNSBROOK, PETER | MADISON GUARANTY SSL | 30,738.00 |
| 23381 | HOULE, LINDA | MIDWEST FEDERAL SAVINGS BANK | 4,007.00 | 23382 | HOUTZ, W WALLACE | MIDWEST SAV ASSN-MINNEAPOLIS | 088,727.00 |
| 23383 | HOVERSTEN, GARFIELD Q | MIDWEST SAV ASSN-MINNEAPOLIS | 17,020.00 | 23384 | HUTCHESON, S. L. | PEOPLES HERITAGE SAVINGS | 23,410.00 |
| 23385 | I N INVESTMENTS | SUPERIOR FEDERAL SAVINGS | 29,802.00 | 23386 | I N INVESTMENTS | SUPERIOR FEDERAL SAVINGS | 17,034.00 |
| 23387 | SRUEGAS | MIDWEST FEDERAL SAVINGS BANK | 1,841.00 | 23388 | JAMES THERESA L | HOME FSA OF KANSAS CITY | 11,131.00 |
| 23389 | JAMES, A CONTRA-LASS | MINNEAPOLIS CORPORATE | 2,048.00 | 23390 | JARRET, ALICHKA | COMMUNITY FEDERAL SSL ASSN | 6,194.00 |
| 23391 | JENKINS, WALLACE | MIDWEST FEDERAL SAVINGS BANK | 1,237.00 | 23392 | JERDMAN'S RESTAURANT, INC. | FIRST SAVINGS OF ARKANSAS | 1,156,202.00 |
| 23393 | JEWELL LEROY LORI JR | FUTURE FED SAVINGS BANK | 918.00 | 23394 | JOHNSON HAROLD | MINNEAPOLIS CORPORATE | 2,567.00 |
| 23396 | JOHNSON, CAROL | COMMUNITY FEDERAL SSL ASSN | 30,292.00 | 23396 | JOHNSON, EDWIN | MIDWEST FEDERAL SAVINGS BANK | 670.00 |
| 23397 | JOHNSON, PATRICK | COMMUNITY FEDERAL SSL ASSN | 618.00 | 23399 | JOHNSON, ROBERT G. | MIDWEST FEDERAL SAVINGS BANK | 742.00 |
| 23398 | JONES DEBORAH J | FAR WEST FSB | 10,714.00 | 23400 | JONES, JR., RALPH | STATE FED SSL ASSN | 20,736.00 |
| 23401 | JONES, WILLIAM M | BROKEN ARROW SSL | 204.00 | 23402 | JORGENSON, J. | MIDWEST FEDERAL SAVINGS BANK | 1,842.00 |
| 23403 | JUBARA, JULIE | MIDWEST FEDERAL SAVINGS BANK | 457.00 | 23404 | KARR | MIDWEST FEDERAL SAVINGS BANK | 4,084.00 |
| 23405 | KARRON, ABRAHAM | MIDWEST FEDERAL SAVINGS BANK | 1,340.00 | 23406 | KASSEN, LOUIS | COMMUNITY SAVINGS AND LOAN | 4,173.00 |
| 23407 | KASTEN, DAVID | COMMUNITY FEDERAL SSL ASSN | 6,577.00 | 23408 | KEEPSEAGLE, JOE | MIDWEST FEDERAL SAVINGS BANK | 839.00 |
| 23409 | KELLER, BRENDA | MIDWEST FEDERAL SAVINGS BANK | 2,773.00 | 23410 | KING, ERIC | MIDWEST FEDERAL SAVINGS BANK | 1,686.00 |
| 23411 | KIRZAI | MIDWEST FEDERAL SAVINGS BANK | 28,363.00 | 23412 | KIRK, JOE | MIDWEST FEDERAL SAVINGS BANK | 4,809.00 |
| 23413 | KLASTERMAN, K. | MIDWEST FEDERAL SAVINGS BANK | 8,588.00 | 23414 | KLEIMBACH, MARY | COMMUNITY FEDERAL SSL ASSN | 2,823.00 |
| 23415 | KNAPP | MINNEAPOLIS CORPORATE | 5,898.00 | 23416 | KNORR, ROBERT | MIDWEST FEDERAL SAVINGS BANK | 20,098.00 |
| 23417 | KNUTSON, JONATHAN | MIDWEST FEDERAL SAVINGS BANK | 3,529.00 | 23418 | KOCHELL TODD | CONTINENTAL FSSLA | 469.00 |
| 23419 | KOHLER ERNEST | FIRST FED S & L- TOLEDO, OH | 877.00 | 23420 | KOLDEN, WILLIAM | DURAND FEDERAL S & L ASSOC. | 531.00 |
| 23421 | KOLTER THOMAS | MINNEAPOLIS CORPORATE | 51,003.00 | 23422 | KOPP, ROSEMARY | MIDWEST FEDERAL SAVINGS BANK | 4,471.00 |
| 23423 | KOPPES, JOSEPH | AMERICAN FEDERAL SAVINGS | 109.00 | 23424 | KRAFT | MIDWEST FEDERAL SAVINGS BANK | 2,284.00 |
| 23425 | KUCHERA, KEVIN | MIDWEST FEDERAL SAVINGS BANK | 3,240.00 | 23426 | KUSHMISKI SCOTT PROPERTY DAMAG | MIDWEST SAV ASSN-MINNEAPOLIS | 191.00 |
| 23427 | KVASNIKOFF MARYLS M | FAR WEST FSB | 2,336.00 | 23428 | LACY, JEFFREY | MIDWEST FEDERAL SAVINGS BANK | 4,511.00 |
| 23429 | LADOITE MARY SPARKS | CHISHOLM FED SAVINGS & LOAN | 18,303.00 | 23430 | LAGUCER | MIDWEST FEDERAL SAVINGS BANK | 2,591.00 |
| 23431 | LAFRENIERE, MICHAEL | MIDWEST FEDERAL SAVINGS BANK | 9,504.00 | 23432 | LANDRA, KEITH | DURAND FEDERAL S & L ASSOC. | 391.00 |
| 23433 | LANE | MINNEAPOLIS CORPORATE | 18,480.00 | 23434 | LASE JAMES A | MINNEAPOLIS CORPORATE | 4,243.00 |
| 23435 | LAWRENCE, JOSHUA | MIDWEST FEDERAL SAVINGS BANK | 7,894.00 | 23436 | LEE, CAN CHU | FAR WEST FSB | 50,721.00 |
| 23437 | LEE, RALPH | FIRST FED S & L- TOLEDO, OH | 7,002.00 | 23438 | LEFEBVRE, JOSEPH | FIRST OF KANSAS SAVINGS | 250.00 |
| 23439 | LELACHEUR, DONALD | FIRST FS & LA | 65,000.00 | 23440 | LEWEY, RUSSEL O. & BARBARA L. | OLYMPIC FEDERAL SAVINGS | 18,000.00 |
| 23441 | LICK MORTON | RED RIVER FEDERAL SSL ASSN | 7,300.00 | 23442 | LIZEHARD, STEVEN | MIDWEST FEDERAL SAVINGS BANK | 4,460.00 |
| 23443 | LILJENBERG, FRED, JR. | DURAND FEDERAL S & L ASSOC. | 10,000.00 | 23444 | LINDSTROM, JOHN | DURAND FEDERAL S & L ASSOC. | 15,000.00 |
| 23445 | LITTLEGHOST, SHEILA | MIDWEST FEDERAL SAVINGS BANK | 4,232.00 | 23446 | LOUEE, ROMERO | FIRST FS & LA OF SEMINOLE | 333.00 |
| 23447 | LOWE LOAN | MINNEAPOLIS CORPORATE | 301.00 | 23448 | LOWE LOAN P003 | SUMMIT FIRST | 301.00 |
| 23449 | LUEDER, BOBBY | PLATTE VALLEY SAVINGS | 5,800.00 | 23450 | LUTZ, KATHI | COMMUNITY FEDERAL SSL ASSN | 2,313.00 |
| 23451 | MADDOX, RONNIE | RED RIVER FEDERAL SSL ASSN | 927.00 | 23452 | MADDOX WILLIS METZ | CONTINENTAL FSSLA | 12,305.00 |
| 23453 | MADDOX, DEAN H | FIRST SAVINGS OF ARKANSAS | 2,943,318.00 | 23454 | MAES E JOSEPH | CONTINENTAL FSSLA | 488.00 |
| 23455 | MAJARIAN, GARO | MIDWEST FEDERAL SAVINGS BANK | 41,906.00 | 23456 | MALCOLM-OLSON, BOBBI | HOME FSA OF KANSAS CITY | 3,560.00 |
| 23457 | MALEY, ROO | FIRST OF KANSAS SAVINGS | 4,343.00 | 23458 | MANAGEMENT, INC. | OCCIDENTAL NEBRASKA SVNGS BNK | 200,155.00 |
| 23459 | MANSUR, DONALD | DURAND FEDERAL S & L ASSOC. | 2,105.00 | 23460 | MARINEAU, ROBERT/MARIAD | GREAT AMERICAN FEDERAL SSL | 15,462.00 |
| 23461 | MARUCSTALLER, GARY | BENJAMIN FRANKLIN FSLA | 50,463.00 | 23462 | MARTER | MIDWEST FEDERAL SAVINGS BANK | 11,596.00 |
| 23463 | MARTIN JOHN EDWIN | COMMUNITY FEDERAL SSL ASSN | 408.00 | 23464 | MARTIN, MICHAEL | MIDWEST FEDERAL SAVINGS BANK | 9,404.00 |
| 23465 | MARTWICK, RICHARD | MIDWEST FEDERAL SAVINGS BANK | 3,841.00 | 23466 | MASON LARRY DEBRA | CONTINENTAL FSSLA | 11,305.00 |
| 23467 | MATHEWS, L MUELLER | MINNEAPOLIS CORPORATE | 2,529.00 | 23468 | MAYBERRY, KENT/MIL.S | FAMILY SAVINGS BANK | 10,448.00 |

## CORRECTED
## ASSIGNMENT OF JUDGMENT

FOR VALUE RECEIVED, the undersigned, Value Recovery Group, Inc., (hereinafter the "Assignor"), hereby transfers, assigns and conveys without recourse unto THE CADLE COMPANY, an Ohio corporation located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignee"), all its right, title, interest, powers and options in, if any, in the Judgment rendered against Defendant(s) in Civil Action No. H-92-1692, Case No. 00-20192, in the United States District Court, for the Southern District of Texas, Houston Division, wherein Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A. was the Plaintiff and Texas Moline, Ltd. and Dean H. Maddox were the Defendants. Said Judgment was assigned from Resolution Trust Corporation, an instrumentality of the United States of America to JDC Finance Company II, L.P., a Delaware limited partnership by Assignment and Bill of Sale dated March 17, 1995. Said Judgment was further assigned from JDC Finance Company II, L.P., a Delaware limited partnership to Value Recovery Group, Inc. by Assignment and Bill of Sale dated September 8, 1998.

THIS CORRECTED ASSIGNMENT OF JUDGMENT REPLACES AND CORRECTS THE PREVIOUS ASSIGNMENT FILED ON MAY 7, 2002 WITH THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT, HOUSTON DIVISION, TEXAS, REFLECTING THE CORRECT ASSIGNOR BEING VALUE RECOVERY GROUP, INC. AND NOT VALUE RECOVERY GROUP, L.P., A DELAWARE LIMITED PARTNERSHIP.

IN WITNESS WHEREOF, Assignor has executed this Assignment of Judgment as of June _07_, 2002, but effective as of July 26, 2001.

Kathleen J. Brynen, Witness

Jo Beth Gibbs, Witness

VALUE RECOVERY GROUP, INC., BY THE CADLE COMPANY, ITS ATTORNEY IN FACT, BY POWER OF ATTORNEY, DATED JULY 26, 2001.

By: _William E. Shaulis EVP_
William E. Shaulis
Its:  Executive Vice President

STATE OF OHIO
COUNTY OF TRUMBULL

Before me, a Notary Public in and for said County and State, personally appeared William E. Shaulis who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person and who signed the foregoing Instrument and acknowledged the same as his voluntary act and deed.

Executed this _7_ day of June, 2002.

(Notarial Seal)

Kathryn T. Sabol, Notary Public

KATHRYN T. SABOL, NOTARY PUBLIC
STATE OF OHIO
MY COMMISSION EXPIRES MARCH 27, 2003

AFTER RECORDING RETURN TO:
THE CADLE COMPANY
100 North Center Street
Newton Falls, OH 44444-1321
(330) 872-0918
Dean H. Maddox
Our File No. WWB70002
C:\documents\WWB6-New.doc

RECORDERS MEMORANDUM
AT THE TIME OF RECORDATION, THIS
INSTRUMENT WAS FOUND TO BE INADEQUATE
FOR THE BEST PHOTOGRAPHIC REPRODUCTION
BECAUSE OF ILLEGIBILITY, CARBON OR
PHOTO COPY, DISCOLORED PAPER, ETC.

EXHIBIT
A-4

WWB70002
3225

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2008

Michael N. Milby
Clerk of Court

RESOLUTION TRUST CORPORATION AS   §
RECEIVER OF FIRST SAVINGS OF        §
ARKANSAS, F.A.,                     §
        Plaintiff,                  §
                                    §
    vs.                             §        C.A. NO. H-92-1692
                                    §
TEXAS MOLINE, LTD. and DEAN H.      §
MADDOX, Jointly and Severally,      §
        Defendants.                 §

## ASSIGNMENT OF JUDGMENT

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged THE CADLE COMPANY, located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignor"), hereby transfers, assigns and conveys without recourse and without any representations or warranties, express or implied unto CADLES OF GRASSY MEADOWS II, L.L.C., a West Virginia limited liability company located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignee"), all of Assignor's right, title and interest, if any, in the Judgment rendered in C.A. NO. H-92-1692, filed on November 19, 1993, in the United States District Court, for the Southern District of Texas, Houston Division, wherein Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A., was the Plaintiff and Texas Moline, Ltd. and Dean H. Maddox, jointly and severally, were the defendants.

In witness whereof, the undersigned has hereunto set its hand by its duly authorized officer this 4th day of August, 2008.

THE CADLE COMPANY

_____
Joseph Knodel, Witness

_____
Tiffany A. Engler, Witness

By: _____
    William E. Shaulis
Its:   Executive Vice President

STATE OF OHIO
COUNTY OF TRUMBULL

Before me, a Notary Public in and for said County and State, personally appeared William E. Shaulis who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person and who signed the foregoing Instrument and acknowledged the same as his voluntary act and deed.

Executed this 4th day of August, 2008.

_____
Amy A. Shaffer, Notary Public

Amy A. Shaffer
Resident Trumbull County
Notary Public, State of Ohio
My Commission Expires: 04/10/2013

PREPARED BY AND RETURN TO:
THE CADLE COMPANY
100 NORTH CENTER STREET
NEWTON FALLS, OH 44444-1321
(330) 872-0918, Attn: Gail London
Debtor: Dean H. Maddox
Our File No.: WWB70002

EXHIBIT
A-5

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
                    Deputy Clerk

DEAN H. MADDOX - FEBRUARY 10, 2011

Page 1

1              IN THE UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF TEXAS

2                      HOUSTON DIVISION

3  RESOLUTION TRUST CORPORATION AS

   RECEIVER OF FIRST SAVINGS OF

4  ARKANSAS, F.A.,

5       Plaintiff,

6  VS.                              C.A. NO. H-92-1692

7  TEXAS MOLINE, LTD. and DEAN H.

   MADDOX, Jointly and Severally,

8

        Judgment Debtor.

9  *********************************************************

10                   ORAL DEPOSITION OF

                     DEAN H. MADDOX

11                  FEBRUARY 10, 2011

                    VOLUME 1 OF 1

12

   *********************************************************

13

14         ORAL DEPOSITION of DEAN H. MADDOX, produced as

15  a witness at the instance of the Plaintiff, Cadles of

16  Grassy Meadows, II, L.L.C., and duly sworn, was taken in

17  the above-styled and numbered cause on February 10, 2011,

18  from 9:05 a.m. to 2:59 p.m., before Sandi LoCascio, CSR,

19  RPR in and for the State of Texas, by machine shorthand

20  method, at the offices of Timothy J. Henderson, 6300 West

21  Loop South, Suite 280, Bellaire, Texas  77401-2905,

22  pursuant to the Federal Rules of Civil Procedure and the

23  provisions as may be stated on the record or attached

24  hereto.

25

EXHIBIT
A-6

Page 13

```
 1      A      No.

 2      Q      Other than the Bank of America, Wells Fargo,

 3  Compass Bank, or Capital One accounts, are there any other

 4  bank accounts in your name?

 5      A      No.

 6      Q      Okay.  And, by bank accounts, I mean checking

 7  accounts, savings accounts, or a brokerage account.

 8      A      No.

 9      Q      The Maddox Interests, that is an unincorporated

10  name that you use to conduct business?

11      A      Yes.  I have for 30 years.

12      Q      There's no -- it's not a corporation or limited

13  partnership or LLC; it's just a trade name that you use?

14      A      It's a d/b/a.

15      Q      A d/b/a.

16             Other than the accounts that we saw from

17  Whitney Bank for Maddox Interests, are there any other

18  bank accounts, savings accounts, or brokerage accounts in

19  the name Maddox Interests?

20      A      No.

21      Q      Have there been in the last five years?

22      A      No.

23      Q      We, being Cadles, garnished your Maddox

24  Interests account at Whitney Bank, correct?

25      A      Yes, I'm aware of that.
```

Page 182

1    A    Well, we changed that name to The Stetsons.

2   Cowboy hat, you know, The Stetsons?  That guy.

3    Q    Is that is operating --

4    A    Yeah.

5    Q    Is Stetsons still operating?

6    A    Yes.

7    Q    And, what percentage interest do you have in

8   Texas Roadrunner's, LLC?

9    A    It would be in the same general area, four or

10  five percent.

11   Q    And, Texas Roadrunner Management, LLC was the

12  managing member of Texas Roadrunner, LLC?

13   A    Yes.

14   Q    And, did you own 100 percent of Texas Roadrunner

15  Management, LLC?

16   A    I think 99 percent -- 99.9, yeah.

17   Q    And, did you own that up until December 2010?

18   A    Yeah, in November.  Isn't that -- we did this in

19  November?

20   Q    Okay.

21   A    Yeah, November 2010, yeah.

22   Q    And, then, your interest was transferred to

23  Tuxedo Financial Services?

24   A    Yes.

25   Q    And, did Tuxedo Financial Services pay you

DEAN H. MADDOX - FEBRUARY 10, 2011

Page 215

1                          CHANGES AND SIGNATURE

2        PAGE        LINE        CHANGE                    REASON

3         6           13      MADDOX MIDDLE NAME IS HARRLEY, NOT ANRY

4        10           10      NAEME IS MISSPELLED

5        16            3      ITS SHOULD BE IT

6         ✓            ✓      FUNCTIONS SHOULD BE FUNCTIONS

7         ✓            ✓      NAS SHOULD BA AS

8        17           23      WERE SHOULD BE WAS

9        18            4      MANTCING SHOULD BE INVESTMENT

10       32           11      "FOR 4,00,100" SHOULD BE REMOVED

11       35           24      ALEXANDER SHOULD BE ALLEN

12       40            2      CUP SHOULD BE COUPLE

13       60           19      CAFME SHOULD BE CNEME

14       71        10,20,22     ✓      ✓    ✓      ✓

15       72       1,8,12,14,15
                       17        ✓      ✓    ✓      ✓

16       72           20      MANAGING SHOULD BE MADDOX

17       73       4,6,7,8,10,12,
                 15,19,20,21,23   CAFME SHOULD BE CAEME

18       74           17       ✓      ✓    ✓   ✓

19       95          7120       ✓      ✓    ✓  ✓

20       95           20      INSERT THE WORD "KNOW"

21       98           23      FAIR SHOULD BE FARE

22       102          21      INSERT A COMMA AFTER RIGHT
                             REMOVE THE WORD AFTER

23       106          21      BIRCH SHOULD BE BURCH

24       107         18420     CAFME SHOULD BE CAEME

25       108          147       ✓      ✓    ✓  ✓

| PAGE | LINE | CHANGE |
|------|------|--------|
| 108 | 5 | DROP THE WORD "GOT" |
| 109 | 20 | CHFME SHOULD BE CHEME |
| 117 | 19&23 | HEARB SHOULD BE HEARD |
| 118 | 5 | ✓ ✓ ✓ ✓ |
| 122 | 24 | DIVORCED SHOULD BE DIVORCES |
| 137 | 14 | REPLACE INAUDIBLE WITH PARTNERSHIP |
| 143 | 21 | PARTNERS SHOULD BE PARTNERSHIPS |
| 145 | 13,15,16,24 | CHFME SHOULD BE CHEME |
| 146 | 4,5,13,15,17,18,21 | ✓ ✓ ✓ ✓ |
| 147 | 18 | ✓ ✓ ✓ ✓ |
| 150 | 13 | ALLIANCE SHOULD BE LYONS |
| 154 | 15 | INSERT THE WORD "BE" |
| ✓ | 16 | DECIMACY SHOULD BE EQUALLY |
| 156 | 15&17 | CHFME SHOULD BE CHEME |
| 158 | 6 | ✓ ✓ ✓ ✓ |
| 159 | 7&9 | ✓ ✓ ✓ ✓ |
| 163 | 25 | REMOVE THE WORD "AND" |
| 172 | 12 | 2000 SHOULD BE 2010 |
| 175 | 2 | CAN'S SHOULD BE CAN AS |
| 182 | 1 | REMOVE THE WORD "THE" |
| 183 | 15 | INVESTMENTS SHOULD BE ADVANCES |
| 186 | 3 | EXISTS SHOULD BE EXIST |
| 192 | 9 | "RAISE" SHOULD BE "RAISED" |
| 202 | 18&19 | CHFME SHOULD BE CHEME |
| 210 | 17 | ✓ ✓ ✓ ✓ |

DEAN H. MADDOX - FEBRUARY 10, 2011

Page 216

1          I, DEAN H. MADDOX, have read the foregoing

2  deposition and hereby affix my signature that same is

3  true and correct, except as noted above.

4

                                O. N. M___

5                               DEAN H. MADDOX

6  THE STATE OF   TEXAS        )

7  COUNTY OF    HARRIS         )

8

9          Before me, Mary Switzer               , on this

10  day personally appeared, DEAN H. MADDOX, known to me

11  (or proved to me under oath or through

12  _____) (description of identity

13  card or other document) to be the person whose name is

14  subscribed to the foregoing instrument and acknowledged

15  to me that they executed the same for the purposes and

16  consideration therein expressed.

17          Given under my hand and seal of office the

18  21st    day of   March               , 2011.

19

20                     Mary P. Switzer

                   NOTARY PUBLIC IN AND FOR

21

                   THE STATE OF   TEXAS

22

23

24

25

(Notary seal: MARY PATRICIA SWITZER, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 10-14-2014)

DEAN H. MADDOX - FEBRUARY 10, 2011

Page 217

1          IN THE UNITED STATES DISTRICT COURT

          FOR THE SOUTHERN DISTRICT OF TEXAS

2                    HOUSTON DIVISION

3   RESOLUTION TRUST CORPORATION AS

    RECEIVER OF FIRST SAVINGS OF

4   ARKANSAS, F.A.,

5        Plaintiff,

6   VS.                        C.A. NO. H-92-1692

7   TEXAS MOLINE, LTD. and DEAN H.

    MADDOX, Jointly and Severally,

8

9        Judgment Debtor.

10  **************************************************

11

                   REPORTER'S CERTIFICATE

12                 FEBRUARY 10, 2011

                   DEAN H. MADDOX

13

14       I, Sandi LoCascio, Certified Shorthand

15  Reporter in and for the State of Texas, do hereby

16  certify that the facts as stated by me in the caption

17  hereto are true; that the above and foregoing answers

18  of the witness, DEAN H. MADDOX, to the interrogatories

19  as indicated were made to me by the said witness after

20  being first duly sworn/affirmed to testify to the

21  truth, and same were reduced to printing under my

22  direction; that the above and foregoing deposition as

23  set forth in printing is a full, true and correct

24  transcript of the proceedings had at the time of taking

25  said deposition.

1       I further certify that I am neither attorney

2  nor counsel for, nor related to or employed by any of

3  the parties to the action in which this deposition is

4  taken, and further that I am not a relative or employee

5  of any attorney or counsel employed by the parties

6  hereto, or financially interested in the action;

7       That the amount of time used by each party at

8  the deposition is as follows:

9       Mr. Jeffery S. Lowenstein    - 4:42

10      Mr. Timothy J. Henderson     - 0:00

11      Mr. Steven D. Grossman       - 0:00

12      GIVEN under my hand and seal of office on

13 this the  22  day of  February  , 2011.

14

15      _Sandi LoCascio_

16      Sandi LoCascio
        Texas CSR No. 7101
17      Expiration Date: 12-31-11
        AMY MASSEY & ASSOCIATES, INC.
18      Firm No. 404
        6724 Kirk Lane
19      Burleson, Texas  76028
        Phone:  817.447.6721
        Fax:  817.447.6491

20

21

22

23

24

25

AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the

2010 NOV 10  P 12: 32

| | |
|---|---|
| Resolution Trust Corporation, As Receiver | ) |
| *Plaintiff* | ) |
| v. | ) |
| Texas Moline, Ltd & Dean H. Maddox | ) |
| *Defendant* | ) |

Civil Action No. H-92-cv-1692

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    11/19/1993    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

**DAVID J. BRADLEY**

Date:    11/03/2010

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

**2:10-ms-00112-NA**

EXHIBIT
B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 19 1993

Michael N. Milby, Clerk
By Deputy:

| | |
|---|---|
| RESOLUTION TRUST CORPORATION AS RECEIVER OF FIRST SAVINGS OF ARKANSAS, F.A., | § § § § |
| Plaintiff, | § § |
| VS. | § § |
| TEXAS MOLINE, LTD. and DEAN H. MADDOX, Jointly and Severally, | § § § |
| Defendants. | § § |

C. A. NO. H-92-1692

## FINAL JUDGMENT

In accordance with the Court's Order granting the Motion for Summary Judgment of Plaintiff RESOLUTION TRUST CORPORATION as Receiver of First Savings of Arkansas, F.A., the Court now enters Final Judgment. The Court is of the opinion that Final Judgment in favor of Plaintiff RESOLUTION TRUST CORPORATION as Receiver of First Savings of Arkansas, F.A. against Defendants, TEXAS MOLINE, LTD. and DEAN H. MADDOX, jointly and severally, should be entered as follows:

(1)    Judgment for this cause of action in the principal sum of $2,945,218.00;

(2)    Judgment for pre-judgment interest at eight (8%) percent from April 2, 1991 to the date of judgment, for a per diem accrual of $645.53 on the $2,945,218.00 sum;

(3)    Judgment for post-judgment interest on all sums at the rate of _3.38_ percent per annum from the date of judgment until paid;

(4)    Judgment for reasonable attorney's fees of $4,000.00 and additional fees in the event of appeal; and

(5)    Judgment for all costs of Court.

It is accordingly,



TRUE COPY I CERTIFY
ATTEST:    NOV 03 2010
DAVID J. BRADLEY, Clerk of Court
By
Deputy Clerk

187

ORDERED, ADJUDGED AND DECREED, that RESOLUTION TRUST CORPORATION AS Receiver of First Savings of Arkansas, F.A. has and shall recover from Defendants TEXAS MOLINE, LTD. and DEAN H. MADDOX, jointly and severally, the total principal sum of $2,945,218.00, along with pre-judgment interest at eight (8%) percent from April 2, 1991 to the date of judgment on the $2,945,218.00 sum for a per diem accrual of $645.53. Further, that Plaintiff recover reasonable attorney's fees in the amount of $4,000.00; plus fees of $5,000.00 in the event of an appeal to the United States Court of Appeals, $3,000.00 if a writ of error is sought to the United States Supreme Court, and $2,000.00 if a writ of error is granted; together with post-judgment interest on all said sums at the rate of _3.38_ percent per annum and costs of court which are hereby taxed against the Defendants. RESOLUTION TRUST CORPORATION AS RECEIVER OF FIRST SAVINGS OF ARKANSAS, F.A. shall be entitled to all writs of execution necessary to enforce this judgment. All relief not expressly granted herein is denied.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas this _16h_ day of _November_, 1993.

_Lee N. Rosenthal_

UNITED STATES DISTRICT JUDGE

#1\judgmts\111102.93
November 10, 1993

Page 2

186

**STATE OF NEVADA**



*ROSS MILLER*
*Secretary of State*

*SCOTT W. ANDERSON*
*Deputy Secretary*
*for Commercial Recordings*

**OFFICE OF THE**
**SECRETARY OF STATE**

## Certified Copy

April 25, 2011

**Job Number:**        C20110421-1318
**Reference Number:**  00003089927-98
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| **Document Number(s)** | **Description** | **Number of Pages** |
|---|---|---|
| 00000953775-56 | Articles of Organization | 1 Pages/1 Copies |
| 20100637345-81 | Annual List | 1 Pages/1 Copies |



Respectfully,

ROSS MILLER
Secretary of State

Certified By: Christine Rakow
Certificate Number: C20110421-1318
You may verify this certificate
online at **http://www.nvsos.gov/**

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138


EXHIBIT
C



**DEAN HELLER**
**Secretary of State**
**206 North Carson Street**
**Carson City, Nevada 89701-4299**
**(775) 684 5708**
**Website: secretaryofstate.biz**

| Articles Of Organization<br>Limited-Liability Company<br>(PURSUANT TO NRS 86) | Filed in the office of<br><br>*Dan Heller*<br><br>Dean Heller<br>Secretary of State<br>State of Nevada | Document Number<br>**00000953775-56**<br>Filing Date and Time<br>**08/21/2006 6:25 AM**<br>Entity Number<br>**E0627552006-2** |
|---|---|---|

ABOVE SPACE IS FOR OFFICE USE ONLY

| | | |
|---|---|---|
| 1. **Name of Limited-Liability Company** | Texas Roadrunner, LLC | Check box if a<br>Series Limited-Liability Company<br>☐ |
| 2. **Resident Agent Name and Street Address:**<br>(must be a Nevada address where process may be served) | Incorp Services, Inc.<br>Name<br>3155 East Patrick Lane · Suite 1<br>Physical Street Address | Las Vegas<br>City<br>NEVADA 89120-3481<br>Zip Code |
| 3. **Dissolution Date:**<br>(OPTIONAL-see instructions) | Latest date upon which the company is to dissolve (if existence is not perpetual): | |
| 4. **Management:**<br>(check one) | Company shall be managed by ☒ Manager(s) OR ☐ Members | |
| 5. **Names Addresses, of Manager(s) or Members:**<br>(attach additional pages as necessary) | Texas Roadrunner Management LLC<br>Name<br>3708 Audubon Place<br>Address<br><br>Name<br><br>Address<br><br>Name<br><br>Address | Houston<br>City<br>TX 77006<br>State Zip Code<br><br>City State Zip Code<br><br>City State Zip Code |
| 6. **Names, Addresses and Signatures of Organizers**<br>(if more than one organizer attach additional page) | Dean H. Maddox<br>Name<br>3708 Audubon Place<br>Address | *X D. H. M___*<br>Signature<br>Houston TX 77006<br>City State Zip Code |
| 7. **Certificate of Acceptance of Appointment of Resident Agent:** | I hereby accept appointment as Resident Agent for the above named limited-liability company.<br><br>_____<br>Authorized Signature of R.A. Or On Behalf of R.A. Company | Date Aug 9, 2006 |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State Form LLC ARTS 2005
Revised on 12/19/05

**ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

| NAME OF LIMITED-LIABILITY COMPANY | |
|---|---|
| TEXAS ROADRUNNER, LLC | E0627552006-2 |

**FOR THE FILING PERIOD OF** 8/2010 **TO** 8/2011

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

*110401*

INCORP SERVICES, INC. (Commercial Registered Agent)
375 N STEPHANIE ST STE 1411
HENDERSON, NV 89014-8909 USA

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

Filed in the office of

Ross Miller
Secretary of State
State of Nevada

| Document Number |
|---|
| 20100637345-81 |
| Filing Date and Time |
| 08/25/2010 1:38 PM |
| Entity Number |
| E0627552006-2 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A Manager, or if none, a Managing Member of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Annual list fee is $125.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

ANNUAL LIST FILING FEE: $125.00    LATE PENALTY: $75.00    BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00

**Complete only if applicable**

**Section 7(2) Exemption Codes**
001 - Governmental Entity
002 - 501(c) Nonprofit Entity
003 - Home-based Business
004 - Natural Person with 4 or less rental dwelling units
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: _____

☐ Month and year your State Business License expires: ___ **20** ___

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
|---|---|---|---|
| Texas Roadrunner Management LLC | ☑ MANAGER | ☐ MANAGING MEMBER | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 375 N. Stephanie St. - Suite 1411 , USA | Henderson | NV | 89014-8909 |

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
|---|---|---|---|
| | ☐ MANAGER | ☐ MANAGING MEMBER | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
|---|---|---|---|
| | ☐ MANAGER | ☐ MANAGING MEMBER | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
|---|---|---|---|
| | ☐ MANAGER | ☐ MANAGING MEMBER | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Dean H Maddox

**Signature of Manager or Managing Member**

| Title | Date |
|---|---|
| Manager | 8/25/2010 1:37:45 PM |

Nevada Secretary of State Annual List ManorMem
Revised: 8-5-09