IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CADLES OF GRASSY MEADOWS II, L.L.C., as successor-in-interest to Judgment Creditor RESOLUTION TRUST CORPORATION AS RECEIVER OF FIRST SAVINGS OF ARKANSAS, F.A., <br><br>     Applicant, <br><br> v. <br><br> TEXAS PREMIER LLC, <br>     Respondent, <br><br> v. <br><br> DEAN H. MADDOX, <br><br>     Judgment Debtor. | § § § § § § § § § § § § § § § § § | CASE NO. 2:11-cv-00475 |

## ORDER GRANTING APPLICATION FOR CHARGING ORDER

Before the Court is Cadles of Grassy Meadows II, L.L.C., as successor-in-interest to Judgment Creditor Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A.'s ("Cadles") Application for Charging Order against Judgment Debtor Dean H. Maddox's ("Maddox") interest in Respondent Texas Premier LLC, a Nevada limited liability company ("Texas Premier"). Having considered the Application and finding that good cause exists for entry of same, the Court is of the opinion that the following order should be entered.

It is, accordingly, ORDERED as follows:

**ORDER GRANTING CHARGING ORDER**                                                                                          **PAGE 1**

1. The Application shall be and is hereby GRANTED.

2. Maddox shall immediately produce copies of all agreements concerning his interest related to Texas Premier, including a report of the amounts now due or that may become due and distributable to Maddox and/or his d/b/a, The Maddox Interests, by virtue of his membership interest in Texas Premier, and copies of all regulations and membership agreements of Texas Premier;

3. Cadles shall be and is hereby entitled to charge any interest of Maddox and/or his d/b/a, The Maddox Interests, in Texas Premier (as defined in the Application) in satisfaction of the due and unpaid amount of the judgment (as defined in the Application and in that certain judgment entered by the Court on November 19, 1993, in Cause No. H-92-1692, *Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A. v. Texas Moline, Ltd. and Dean H. Maddox, jointly and severally*, in the U.S. District Court for the Southern District of Texas, Houston Division) held by Cadles against Maddox, which was registered in this Court on November 10, 2010, under Case No. 2:10-ms-00112-NA (subsequently changed to Case No. 2:11-cv-00475);

4. Texas Premier shall distribute all membership distributions, profits, cash, assets and other monies due or that shall become due to Maddox and/or his d/b/a, The Maddox Interests, directly to Cadles until the unsatisfied portion of the above-described judgment, together with interest, costs, and attorneys' fees as may be allowed, have been fully paid;

5. Texas Premier shall not distribute to any other person or entity any membership distributions, profits, cash, assets or other monies due or that shall become due to Maddox and/or his d/b/a, The Maddox Interests; and

6. All costs and attorneys' fees incurred by Cadles in drafting its Application for Charging Order and in obtaining this Order Granting Application for Charging Order are charged against Judgment Debtor Maddox.

**SIGNED** this the __ 28th day of June, 2011.

_____
**U.S. DISTRICT COURT JUDGE**

775922_1.DOC / 8.830