UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RESOLUTION TRUST CORPORATION as RECEIVER OF FIRST SAVINGS OF ARKANSAS, F.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS MOLINE, LTD, *et al.*, <br><br> Defendants. | 2:10-CV-00475-PMP-PAL <br><br> <u>ORDER</u> |

On November 10, 2010, Plaintiff registered a Foreign Judgment in this Court (Doc. #1). Thereafter, on June 1, 2011, Plaintiff made multiple applications for Charging Orders which were granted by this Court on June 28 and June 29, 2011. Since that date, no further action has taken place in this case.

**IT IS THEREFORE ORDERED** that the Plaintiff shall have to and including **January 10, 2012** within which to file a status report and show cause in writing why this action should not be closed.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge